IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RAYMOND F ZOELLER | CASE NO.  09-31732-H3-13 |
| ANJA A ZOELLER | |

NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS

**WILLIAM E. HEITKAMP, CHAPTER 13 TRUSTEE, HEREBY GIVES NOTICE TO ALL PARTIES IN INTEREST OF THE FOLLOWING MATTERS:**

1. THE DEADLINE ESTABLISHED BY THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR FILING CLAIMS IN THE ABOVE CAPTIONED MATTER HAS EXPIRED.

2. THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS ESTABLISHED BY BANKRUPTCY LOCAL RULE 3021(C) HAS EXPIRED.

3. THE FOLLOWING SCHEDULE IS A COMPLETE LISTING OF THE CREDITORS THAT HAVE EITHER BEEN INCLUDED ON THE SCHEDULES FILED BY THE DEBTOR, OR WHO HAVE ACTUALLY FILED CLAIMS IN THE ABOVE CAPTIONED CAUSE.

4. THE TRUSTEE WILL DISBURSE FUNDS RECEIVED FROM THE DEBTOR ONLY TO CREDITORS THAT HAVE FILED CLAIMS.

5. THE AMOUNT AND CLASSIFICATION OF A CREDITOR'S CLAIM IS REFLECTED ON THE FOLLOWING SCHEDULE.

6. THE PROVISIONS OF THE DEBTOR'S CONFIRMED CHAPTER 13 PLAN, AND BANKRUPTCY LOCAL RULE 3015, AFFECT THE DISTRIBUTION OF FUNDS BY THE TRUSTEE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS CENTURION/OPTIMA** <br> % BECKET & LEE LLP <br> P O BOX 3001 DEPT V <br> MALVERN, PA  19355-0701 | 8,762.38 | UNSECURED CLAIM <br><br> LAST 4 DIGITS OF ACCT #: 1008 <br> COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CBCS<br>P O BOX 163250<br>COLUMBUS, OH 43216 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 5680<br>COMM: |
| Chase Bank USA NA<br>% Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | 1,086.22 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2017<br>COMM: |
| CITIBANK USA<br>ATTN:CENTRALIZED BANKRUPTCY<br>P O BOX 20507<br>KANSAS CITY, MO 64195 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 7763<br>COMM: |
| CITIFINANCIAL<br>P O BOX 70923<br>CHARLOTTE, NC 28272-0923 | 0.00 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 2085<br>COMM: 6 Marina Pt/Huntsville/Business Property |
| CONCENTRIRM<br>P O BOX 55098<br>HOUSTON, TX 77255 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 6177<br>COMM: |
| ECAST SETTLEMENT CORPORATION<br>P O BOX 35480<br>NEWARK, NJ 07193-5480 | 20,014.08 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 9399<br>COMM: CHASE BK |
| ELEANOR H. ZOELLER<br>138 WATERWOOD<br>HUNTSVILLE, TX 77340 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| ELEANOR H. ZOELLER<br>138 WATERWOOD<br>HUNTSVILLE, TX 77340 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #:<br>COMM: CONDO/Villa Oaks West |
| FIA CARD SERVICES/BANK OF AMERICA<br>C/O BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | 9,355.94 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 4060<br>COMM: |

PAGE 2 - CHAPTER 13 CASE NO. 09-31732-H3-13

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GE CONSUMER FINANCE<br>P O BOX 960061<br>ORLANDO, FL 32896-0661 | 2,910.00 | SECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0236<br>COMM: 05 SUZUKI 4X4/AMD CLM |
| GE CONSUMER FINANCE<br>P O BOX 960061<br>ORLANDO, FL 32896-0661 | 0.00 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 1777<br>COMM: 1999 HONDA 4 WHEEL ATV |
| GE CONSUMER FINANCE<br>P O BOX 960061<br>ORLANDO, FL 32896-0661 | 1,924.04 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0236<br>COMM: Split Claim |
| GMAC MORTGAGE LLC<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | 203,551.15 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 4330<br>COMM: MTG-77 SUGARHILL |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO 63195-3185 | 1,174.16 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6565<br>COMM: |
| LVNV FUNDING LLC ***<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | 38,389.53 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8199<br>COMM: FIA/BK OF A/MBNA |
| NCO PORTFOLIO MANAGEMENT<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | 3,344.40 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2002<br>COMM: |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA 23541 | 6,543.09 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 5368<br>COMM: FIA/BK OF A/MBNA |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA 23541 | 1,090.03 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 5060<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | 5,967.38 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7763<br>COMM:  THE HOME DEPOT |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | 1,144.87 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 5755<br>COMM: |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | 4,521.97 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6282<br>COMM:  TRACTOR SUPPLY |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | 6,847.30 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2897<br>COMM: |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | 6,462.40 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0261<br>COMM: |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | 882.60 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0269<br>COMM:  ZALES |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | 635.24 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 9059<br>COMM:  CITIBANK |
| PRSM/CBSD<br>P O BOX 6497<br>SIOUX FALLS, SD  57117 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 5060<br>COMM: |
| ROUNDUP FUNDING LLC<br>P O BOX 91121<br>MS 550<br>SEATTLE, WA  98111-9221 | 1,798.20 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1223<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROUNDUP FUNDING LLC<br>P O BOX 91121<br>MS 550<br>SEATTLE, WA  98111-9221 | 846.79 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7496<br>COMM:  JC PENNEY |
| ROUNDUP FUNDING LLC<br>P O BOX 91121<br>MS 550<br>SEATTLE, WA  98111-9221 | 326.88 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1768<br>COMM: |
| SEARS<br>7920 NW 110TH ST<br>KANSAS CITY, MO  64153-1270 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 9154<br>COMM: |
| STONELEIGH RECOVERY ASSOC. LLC<br>P O BOX 1441<br>LOMBARD, IL  60148-8441 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 0215<br>COMM: |
| THRIFT SAVINGS PLAN<br>P O BOX 61500<br>NEW ORLEANS, LA  70161 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 0020<br>COMM:  LOAN ON 401K |
| TOW & KOENIG LAW FIRM<br>26219 OAK RIDGE DR<br>THE WOODLANDS, TX  77380 | 1,498.00 | ATTORNEY FEE<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM: ORIGINAL FEES |
| USAA FED SAVINGS BANK<br>3451 HAMMOND AVE<br>WATERLOO, IA  50702 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 9720<br>COMM: |
| USAA FEDERAL SAVINGS BANK<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124-3978 | 6,665.67 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 9785<br>COMM: |
| USAA FEDERAL SAVINGS BANK***<br>10750 MCDERMOTT FREEWAY<br>ATTN: CREDIT CARD SERVICES<br>SAN ANTONIO, TX  78288-0596 | 90,315.90 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 0907<br>COMM: MTG |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| USAA FEDERAL SAVINGS BANK***<br>10750 MCDERMOTT FREEWAY<br>ATTN: CREDIT CARD SERVICES<br>SAN ANTONIO, TX  78288-0596 | 29,488.01 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 9832<br>COMM:  2006 DODGE RAM |
| USAA FEDERAL SAVINGS BANK***<br>10750 MCDERMOTT FREEWAY<br>ATTN: CREDIT CARD SERVICES<br>SAN ANTONIO, TX  78288-0596 | 6,411.77 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 7414<br>COMM:  TRAILER |
| WALKER COUNTY APPRAISAL DIST<br>P O BOX 1798<br>HUNTSVILLE, TX  77342-1798 | 4,181.66 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 8578<br>COMM:  2008-2009 TAXES |
| WORLD FINANCIAL NETWORK<br>P O BOX 182125<br>COLUMBUS, OH  43218 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 5750<br>COMM: |
| TOTAL: | $466,139.66 | |

**THE FOREGOING SCHEDULE OF CLAIMS HAS BEEN COMPILED BY THE TRUSTEE FROM THE OFFICIAL CLAIMS REGISTER OF THE BANKRUPTCY COURT. THE TRUSTEE WILL RELY ON THE ABOVE SCHEDULE TO DETERMINE WHAT CLAIMS ARE ALLOWED, AND THEREFORE ELIGIBLE TO RECEIVE FUNDS IN THIS CASE. IF YOU BELIEVE THE INFORMATION STATED ON THIS SCHEDULE REGARDING YOUR CLAIM IS INCORRECT, YOU MAY CONTACT THE TRUSTEE FOR CLARIFICATION.**

Dated: 8/10/2010

RESPECTFULLY SUBMITTED,
/s/  William E. Heitkamp
William E. Heitkamp
Chapter 13 Trustee
Admissions ID NO. 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 08/10/2010. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.


/s/ William E. Heitkamp
William E. Heitkamp, Trustee